Hillsborough,}
  Dec., 1897.  }

BEARD, *Ap't*, v. HENNIKER AND HILLSBOROUGH.

It is within the discretion of the court at the trial term to permit an appellant in a highway proceeding to amend the petition by striking out an averment of grievance by the laying out and the corresponding prayer for reversal.

APPEAL, by a landowner, from the laying out of a highway. The petition alleges that the plaintiff is aggrieved by the laying out and by the assessment of damages, and prays that the laying out may be reversed, or, in default thereof, that just damages may be awarded to her. The defendants' answer admits

the substantial allegations of the petition, alleges that the public good does not require the highway, and prays that the laying out may be reversed. Subject to the defendants' exception, the plaintiff was allowed to amend the petition by striking out the averment of a grievance by the laying out and the corresponding prayer.

*Burnham, Brown & Warren*, for the plaintiff.

*Oliver E. Branch* and *Samuel W. Holman*, for the defendants.

Chase, J. The court had authority to permit the amendment to be made. P. S., *c.* 222, *s.* 8; *Osgood* v. *Green*, 30 N. H. 210; *Sawyer* v. *Keene*, 47 N. H. 173. No question affecting the exercise of the authority is reserved.

*Exception overruled.*

Carpenter, C. J., did not sit: the others concurred.